# United States Court of Appeals
## For the First Circuit

No. 15-1331

UNITED STATES,

Appellee,

v.

JOSEPH NOE, a/k/a Joe Doggs,

Defendant.

-------------------------------------------

JEFFERY BAKER,

Interested Party, Appellant.

Before

Howard, Chief Judge,
Torruella and Thompson, Circuit Judges.

**JUDGMENT**

Entered: December 19, 2016

After carefully considering the briefs and record on appeal, we grant the government's motion for summary disposition and affirm.

The district court denied Appellant's "renewed" motion for return of property on the ground that the case had been settled long before. On appeal, Appellant fails to argue and show that the court abused its discretion in denying relief.

Appellant's original motion under Crim.R.Fed.P. 41(g) was properly construed as a civil action for equitable relief. See United States v. Giraldo, 45 F.3d 509, 511 (1st Cir. 1995). Caption aside, his "renewed" motion, which was filed many months after his action had been dismissed, could be construed as a motion for relief under Fed.R.Civ.P. 60(b)(1)-(2), and Appellant had the

burden of showing that relief was warranted. See Rivera-Velazquez v. Hartford Steam Boiler Inspection & Ins. Co., 750 F.3d 1, 4 (1st Cir. 2014); Karak v. Bursaw Oil Corp., 288 F.3d 15, 19 (1st Cir. 2002). On appeal, however, he fails to address the procedural posture of the case and the relevant standards. He develops no argument that the court abused its discretion, and he waives objection. See United States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990). Regardless, no abuse of discretion is apparent on the record before us.

    Affirmed. 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:    Joseph Noe
       Kelly Begg Lawrence
       Nathaniel R. Mendell
       Timothy E. Moran
       Dina Michael Chaitowitz
       Peter K. Levitt
       Jennifer H. Zacks
       Jeffrey K. Clifford
       John Patrick Cauley
       Jeffery Baker