```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


  * * * * * * * * * * * * *
  UNITED STATES OF AMERICA    *
                              *    CRIMINAL ACTION
              v.              *    No. 07-10240-RGS-1
                              *
  JOSEPH NOE                  *
                              *
  * * * * * * * * * * * * *


         BEFORE THE HONORABLE RICHARD G. STEARNS
                UNITED STATES DISTRICT JUDGE
         HEARING re REVOCATION OF SUPERVISED RELEASE
                      January 14, 2020
```

APPEARANCES:

    UNITED STATES ATTORNEY'S OFFICE, (By AUSA Timothy E. Moran) 1 Courthouse Way, Suite 9200, Boston, Massachusetts, 02210, on behalf of the United States of America

    ROPES & GRAY, LLP, (By Zoe R. Plympton, Esq., and Joshua S. Levy, Esq.) Prudential Tower, 800 Boylston Street, Boston, Massachusetts, 02199-3600, on behalf of the Defendant

ALSO PRESENT:

    Jessica Turkington, U.S. Probation

```
                              Courtroom No. 21
                              1 Courthouse Way
                              Boston, Massachusetts 02210


             James P. Gibbons, RPR, RMR
                Official Court Reporter
             1 Courthouse Way, Suite 7205
              Boston, Massachusetts  02210
                jamesgibbonsrpr@gmail.com
```

```
 1                      P R O C E E D I N G S
 2            THE CLERK:  All rise.
 3       (Whereupon, the Court entered the courtroom.)
 4            THE CLERK:  Court is open.  You may be seated.
 5       This is case No. 07-cr-10240, United States versus
 6  Joseph Noe.
 7       Would counsel please identify themselves for the
 8  record.
 9            MR. MORAN:  Good afternoon, your Honor.  Timothy
10  Moran for the United States.
11            PROBATION OFFICER:  Good afternoon, your Honor.
12  Jessica Turkington from Probation.
13            MR. LEVY:  Good afternoon, your Honor.  Joshua Levy
14  for Mr. Noe.
15            MS. PLYMPTON:  Good afternoon, your Honor.  Zoe
16  Plympton for Joseph Noe.
17            THE COURT:  I'm sorry.  I didn't get your last
18  name.
19            MS. PLYMPTON:  Plympton, your Honor.
20            MR. LEVY:  Your Honor, with the court's permission,
21  I would ask if Ms. Plympton could handle this hearing?
22            THE COURT:  Of course.
23            MR. LEVY:  Thank you.
24            MS. PLYMPTON:  Thank you, your Honor.
25            THE COURT:  Ms. Plympton, I understand that
```

| | |
|---|---|
| 1 | Mr. Noe is stipulating to the violations? |
| 2 | MS. PLYMPTON: That's correct, your Honor. |
| 3 | THE COURT: And you have had discussions with the |
| 4 | government, and I think there is an agreement -- |
| 5 | MS. PLYMPTON: Yes. |
| 6 | MR. MORAN: That's correct, your Honor. |
| 7 | THE COURT: -- as to the disposition in the case? |
| 8 | MR. MORAN: Yes. |
| 9 | THE COURT: Well, since it's your first real chance |
| 10 | to do this, why don't you outline the agreement for us. |
| 11 | MS. PLYMPTON: Yes, your Honor. |
| 12 | We have agreed that Mr. Noe's term of supervised |
| 13 | release will be revoked and he be sentenced to a period in |
| 14 | custody deemed already served. Then he would be issued a |
| 15 | new 14-month term of supervised release, with the first six |
| 16 | months of that new term to be served on home detention with |
| 17 | electronic monitoring. And while on electronic monitoring, |
| 18 | he would be able to leave his home for work, legal, medical, |
| 19 | and other approved appointments by Probation. And he is |
| 20 | aware that he needs to be in contact with his officer to get |
| 21 | those approved. |
| 22 | THE COURT: And otherwise the same conditions as |
| 23 | previously impose by the court, and I think Mr. Sartwell has |
| 24 | been added to the list of forbidden contacts? |
| 25 | MS. PLYMPTON: I believe that's correct. Yes, your |

```
 1   Honor.
 2          THE COURT:  All right, Mr. Noe, you've gone over
 3   the agreement?
 4          THE DEFENDANT:  Yes, I have.
 5          THE COURT:  And you understand the terms and
 6   conditions?
 7          THE DEFENDANT:  Yes, I do.
 8          THE COURT:  All right.  I think it's a reasonable
 9   result in the case.
10       I gather there is no appeal involved, since we have
11   agreement on it; so I will adopt the recommendation as made
12   by the parties, and it will be reflected in the Judgment.
13       All right.
14          MS. PLYMPTON:  Thank you, your Honor.
15          THE COURT:  Mr. Noe, hopefully this is our last
16   meeting on these matters.
17       Counsel, thank you.
18          MR. LEVY:  Thank you, your Honor.
19          MR. MORAN:  Thank you, your Honor.
20          THE CLERK:  All rise.
21       (Proceedings adjourned.)
22
23
24
25
```

**C E R T I F I C A T E**

   I, James P. Gibbons, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/James P. Gibbons             May 22, 2020
   James P. Gibbons

JAMES P. GIBBONS, CSR, RPR, RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts 02210
jamesgibbonsrpr@gmail.com